**RUSS AUGUST & KABAT**
Marc A. Fenster, CA SBN 181067
mfenster@raklaw.com
Reza Mirzaie, CA SBN 246953
rmirzaie@raklaw.com
Amy Hayden, CA SBN 287026
ahayden@raklaw.com
Christian Conkle, CA SBN 306374
cconkle@raklaw.com
Daniel Kolko, CA SBN 341680
dkolko@raklaw.com
Jacob Buczko, CA SBN 269408
jbuczko@raklaw.com
Jon Ma, CA SBN 312773
jma@raklaw.com

James Milkey, CA SBN 281283
jmilkey@raklaw.com
James Tsuei, CA SBN 285530
jtsuei@raklaw.com
Neil Rubin, CA SBN 250761
nrubin@raklaw.com
Qi (Peter) Tong, CA SBN 300347
ptong@raklaw.com

12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tele:    310/826-7474
Fax:     310/826-6991

*Attorneys for Defendant
VirtaMove Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RED HAT INC.<br><br>Plaintiff,<br><br>v.<br><br>VIRTAMOVE CORP.,<br><br>Defendant. | Case No. 5:24-cv-04740-PCP<br><br>**STIPULATION FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

Pursuant to Local Rule 6-1, the parties hereby stipulate to provide VirtaMove Corp. with a 30-day extension of time to answer or otherwise respond to the complaint, such that the deadline is extended to Friday, September 27, 2024.

This is the first extension of time being stipulated to. The extension will not affect any other deadlines set by the Court.

VirtaMove Corp. respectfully submits that it has good cause for the extension, which is needed to allow VirtaMove, whose counsel has just appeared in this case, to fully investigate and respond to the allegations in the 20-page complaint along with its exhibits A-L. Virtamove acknowledges Your Honor's standing order setting forth that requests for extension of time must be submitted at least 72 hours before the deadline, but respectfully requests that this stipulation be entered given that Virtamove's counsel has just today appeared in this case.

A proposed order is filed herewith.

DATED: August 28, 2024         Respectfully submitted,

**RUSS AUGUST & KABAT**

By: */s/ Reza Mirzaie*
    Reza Mirzaie
    Marc A. Fenster
    Amy Hayden
    Christian Conkle
    Daniel Kolko
    Jacob Buczko
    Jon Ma
    James Milkey
    James Tsuei
    Neil Rubin
    Qi (Peter) Tong

*Attorneys for Defendant*
VIRTAMOVE CORP.

RUSS, AUGUST & KABAT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KIRKLAND & ELLIS**

By:   /s/ Brandon Hugh Brown

Brandon Hugh Brown
Kirkland and Ellis LLP
555 California Street
San Francisco, CA 94104
(415) 439-1670
Email: bhbrown@kirkland.com

Todd M. Friedman (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

*Attorneys for Plaintiff*
RED HAT, INC.

2
STIPULATION FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

**FILER'S ATTESTATION**

I, Reza Mirzaie, am the ECF user whose ID and password are being used to file this stipulation. In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Date: August 28, 2024                                    By: */s/ Reza Mirzaie*
                                                                  Reza Mirzaie

**CERTIFICATE OF SERVICE AND CERTIFICATE OF CONFERENCE**

VirtaMove Corp. hereby certifies that all attorneys of record are being served via ECF, and that Kyle Austin Calhoun of Kirkland & Ellis, who agreed to the stipulation on behalf of Red Hat, Inc., will also be served by email today with a copy of this filed stipulation and its attachments.

Date: August 28, 2024                                    By: */s/ Reza Mirzaie*
                                                                  Reza Mirzaie