UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RED HAT INC.<br><br>    Plaintiff,<br><br>    v.<br><br>VIRTAMOVE CORP.,<br><br>    Defendant. | Case No. 5:24-cv-04740-PCP<br><br>**ORDER REGARDING STIPULATION FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

The Court, having reviewed the Stipulation for Extension to Answer or Otherwise Respond to Complaint, finds good cause and hereby ORDERS that, VirtaMove Corp. is provided with a 30-day extension of time to answer or otherwise respond to the complaint, such that the deadline is extended to Friday, September 27, 2024.

All future deadlines in the case schedule are thus as follows:

- September 27, 2024: Virtamove to Answer or Otherwise Respond to the Complaint
- October 24, 2024: File Joint Case Management Statement (Dkt. No. 14)

- November 7, 2024: Initial Case Management Conference (Dkt. No. 14)

DATED:                           By: _____
                                      P. CASEY PITTS
                                      U.S. DISTRICT JUDGE