**RUSS AUGUST & KABAT**
Marc A. Fenster, CA SBN 181067
mfenster@raklaw.com
Reza Mirzaie, CA SBN 246953
rmirzaie@raklaw.com
Amy Hayden, CA SBN 287026
ahayden@raklaw.com
Christian Conkle, CA SBN 306374
cconkle@raklaw.com
Daniel Kolko, CA SBN 341680
dkolko@raklaw.com
Jacob Buczko, CA SBN 269408
jbuczko@raklaw.com
Jon Ma, CA SBN 312773
jma@raklaw.com

James Milkey, CA SBN 281283
jmilkey@raklaw.com
James Tsuei, CA SBN 285530
jtsuei@raklaw.com
Neil Rubin, CA SBN 250761
nrubin@raklaw.com
Qi (Peter) Tong, CA SBN 300347
ptong@raklaw.com

12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tele:      310/826-7474
Fax:       310/826-6991

*Attorneys for Defendant
VirtaMove Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RED HAT INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>VIRTAMOVE CORP.,<br><br>　　Defendant. | Case No. 5:24-cv-04740-PCP<br><br>**DEFENDANT VIRTAMOVE CORP.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>DEMAND FOR JURY TRIAL |

CERTIFICATE OF INTERESTED ENTITIES

Pursuant to Civil Local Rule 3-15, Defendant VirtaMove Corp. discloses that Russ August & Kabat has a financial interest in this proceeding. Defendant VirtaMove Corp. is a parent company of its subsidiary VirtaMove Inc., which may be affected by the outcome of this proceeding. Otherwise, undersigned certifies that Plaintiff is unaware of any other persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED: August 28, 2024

Respectfully submitted,

**RUSS AUGUST & KABAT**

By: */s/ Reza Mirzaie*
    Reza Mirzaie
    Marc A. Fenster
    Amy Hayden
    Christian Conkle
    Daniel Kolko
    Jacob Buczko
    Jon Ma
    James Milkey
    James Tsuei
    Neil Rubin
    Qi (Peter) Tong

*Attorneys for Defendant*
VIRTAMOVE CORP.