**RUSS AUGUST & KABAT**
Marc A. Fenster, CA SBN 181067
mfenster@raklaw.com
Reza Mirzaie, CA SBN 246953
rmirzaie@raklaw.com
Amy Hayden, CA SBN 287026
ahayden@raklaw.com
Christian Conkle, CA SBN 306374
cconkle@raklaw.com
Daniel Kolko, CA SBN 341680
dkolko@raklaw.com
Jacob Buczko, CA SBN 269408
jbuczko@raklaw.com
Jon Ma, CA SBN 312773
jma@raklaw.com

James Milkey, CA SBN 281283
jmilkey@raklaw.com
James Tsuei, CA SBN 285530
jtsuei@raklaw.com
Neil Rubin, CA SBN 250761
nrubin@raklaw.com
Qi (Peter) Tong, CA SBN 300347
ptong@raklaw.com

12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tele:     310/826-7474
Fax:      310/826-6991

*Attorneys for Defendant
VirtaMove Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RED HAT INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>VIRTAMOVE CORP.,<br><br>  Defendant. | Case No. 5:24-cv-04740-PCP<br><br>**DEFENDANT VIRTAMOVE CORP.'S DISCLOSURE STATEMENT [FED. R. CIV. P. 7.1(A)]**<br><br>DEMAND FOR JURY TRIAL |

CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant states that no publicly held company owns 10% or more of VirtaMove, Corp.'s stock.

DATED: August 28, 2024         Respectfully submitted,

**RUSS AUGUST & KABAT**

By: /s/ Reza Mirzaie
    Reza Mirzaie
    Marc A. Fenster
    Amy Hayden
    Christian Conkle
    Daniel Kolko
    Jacob Buczko
    Jon Ma
    James Milkey
    James Tsuei
    Neil Rubin
    Qi (Peter) Tong

*Attorneys for Defendant*
VIRTAMOVE CORP.