Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Amy E. Hayden (SBN 287026)
ahayden@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,*
*VirtaMove Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC., | Case No. 5:24-cv-04740-PCP |
| Plaintiff, | **DECLARATION OF SUSAN CAMERON IN SUPPORT OF PLAINTIFF VIRTAMOVE'S NOTICE OF MOTION AND MOTION TO DISMISS RED HAT'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(2)** |
| v. | |
| VIRTAMOVE CORP., | |
| Defendant. | |

RUSS, AUGUST & KABAT

I, Susan Cameron, declare as follows:

1.      I am the Customer Engagement and Business Operations Manager and Office Manager at VirtaMove Corp. My job responsibilities include managing relationships with potential and existing customers, human resources activities, day-to-day accounting, and other various administrative activities.

2.      VirtaMove has never contacted Red Hat, Inc. concerning any of its patents, including U.S. Patent Nos. 7,519,814 ("the '814 patent") and 7,784,058 ("the '058 patent").

3.      VirtaMove has never communicated to Red Hat that its Open Shift product or any other of its products may infringe a VirtaMove patent, including the '814 and '058 patents.

4.      VirtaMove does not have any office locations within the state of California.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at Ottawa, Ontario on September 20 , 2024.

_____
Susan Cameron

RUSS, AUGUST & KABAT