Brandon H. Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile:  (415) 439-1500
Email: brandon.brown@kirkland.com

Todd M. Friedman (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email: todd.friedman@kirkland.com

*Attorney for Plaintiff RED HAT, INC.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED HAT, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>VIRTAMOVE, CORP.,<br><br>      Defendant. | CASE NO. 5:24-CV-04740-PCP<br><br>**STIPULATION FOR EXTENSION TO DEADLINES AND HEARING DATE CONCERNING MOTION TO DISMISS (DKT. 31) AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:        P. Casey Pitts<br>Complaint Filed:   August 5, 2024 |

Pursuant to Civil L.R. 6-1, Plaintiff Red Hat, Inc. ("Red Hat") and Defendant VirtaMove Corp. ("VirtaMove") (collectively, "the parties") hereby stipulate to provide (1) Red Hat with a 7-day extension of time to respond to VirtaMove's Motion to Dismiss ("Motion," Dkt. 31), such that the deadline is extended to October 17, 2024 and (2) VirtaMove a corresponding extension of time to file its reply in support of its Motion such that the deadline is extended to October 31, 2024.  Further, pursuant to your Honor's Standing Order for Civil Cases ("Standing Order'), in order to allow "at least 14 days between the final filing [of the Motion] and the hearing," the parties respectfully request that the Court continue the Motion hearing date from October 31, 2024 to November 14, 2024 at 10:00 a.m.

Pursuant to your Honor's Standing Order, the parties stipulate and request a continuance of the Initial Case Management Conference from November 7, 2024 at 10:00 a.m. to January 16, 2025 at 1:00 p.m., the first available hearing date that is "60 days or more after the [Motion] hearing."

This is the second extension of time being stipulated to.  The parties previously stipulated to a 30-day extension to VirtaMove's deadline to answer or otherwise respond to the complaint, which was granted by the Court.  Dkt. 29.  The extension will not affect any other deadlines set by the Court.

Red Hat respectfully submits that it has good cause for the extension, which is needed to allow Red Hat to fully review and respond to VirtaMove's various arguments and cited authorities in its motion to dismiss under both Fed. R. Civ. P. 12(b)(1) and 12(b)(2).  This extension is not being sought for purpose of delay, but rather to ensure that Red Hat has adequate time to address the issues raised in VirtaMove's Motion. Accordingly, the parties request that the Court grant the stipulation and enter the proposed Order filed herewith.

DATED:  October 7, 2024

Respectfully submitted,

/s/ Brandon H. Brown
Brandon H. Brown (SBN 266347)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile:  (415) 439-1500
Email: brandon.brown@kirkland.com

|   |   |
|---|---|
| 1 | Todd M. Friedman (*pro hac vice* forthcoming) |
| 2 | **KIRKLAND & ELLIS LLP** |
|   | 601 Lexington Avenue |
| 3 | New York, NY 10022 |
|   | Telephone: (212) 446-4800 |
| 4 | Facsimile:  (212) 446-4900 |
|   | Email: todd.friedman@kirkland.com |
| 5 |   |
| 6 | *Attorneys for Plaintiff RED HAT, INC.* |

DATED:  October 7, 2024

/s/ *Amy E. Hayden*
Reza Mirzaie (SBN 246953)
Marc A. Fenster (SBN 181067)
Amy Hayden (SBN 287026)
Christian Conkle (SBN 306374)
Daniel Kolko (SBN 341680)
Jacob Buczko (SBN 269408)
Jon Ma (SBN 312773)
James Milkey (SBN 281283)
James Tsuei (SBN 285530)
Neil Rubin (SBN 250761)
Qi (Peter) Tong (SBN 300347)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: ahayden@raklaw.com
Email: cconkle@raklaw.com
Email: dkolko@raklaw.com
Email: jbuczko@raklaw.com
Email: jma@raklaw.com
Email: jmilkey@raklaw.com
Email: jtsuei@raklaw.com
Email: nrubin@raklaw.com
Email: ptong@raklaw.com

*Attorneys for Defendant VIRTAMOVE CORP.*

**FILER'S ATTESTATION**

I, Brandon Brown, in compliance with Civil Local Rule 5-1(i)(3), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: October 7, 2024

/s/ Brandon H. Brown
Brandon H. Brown (SBN 266347)

*Attorneys for Plaintiff RED HAT, INC.*