UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED HAT, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIRTAMOVE, CORP.,<br><br>　　　　Defendant. | CASE NO.  5:24-CV-04740-PCP<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION TO MOTION TO DISMISS DEADLINES AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE<br><br>Judge:　　　　P. Casey Pitts<br>Complaint Filed:　August 5, 2024 |

The Court, having reviewed the Stipulation for Extension to File Response to Defendant's Motion to dismiss, finds good cause and hereby ORDERS that, (1) Red Hat, Inc. have until October 17, 2024 to respond to VirtaMove's Motion to Dismiss (Dkt. 31), (2) VirtaMove have until October 31, 2024 to file its reply in support of its Motion, and (3) the Motion hearing date is continued to November 14, 2024 at 10:00 a.m.  The Court further continues the Initial Case Management Conference to January 16, 2025 at 1:00 p.m.

DATED: October 8, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　P. Casey Pitts
　　　　　　　　　　　　　　　　　　　　U.S. District Judge

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND CONTINUE CMC　　　　1　　　　CASE NO. 5:24-CV-04740-PCP