# EXHIBIT 1

# ICLOUD PE

UNCATEGORIZED

# APPZERO TO EXHIBIT AT CLOUD EXPO SILICON VALLEY

OCTOBER 4, 2013 | LATEST NEWS FROM CLOUD COMPUTING JOURNAL

SYS-CON Events announced today that AppZero, the fastest way to move enterprise applications to the cloud, will exhibit at SYS-CON's 13th International Cloud Expo®, which will take place on November 4–7, 2013, at the Santa Clara Convention Center in Santa Clara, CA.
AppZero is the fastest, most flexible way to move server applications to and across any cloud or data-center, without code change or lock-in. Encapsulating Windows applications in VM/OS-free packages, AppZero's patented software moves complex server applications with ease. AppZero allows you to modernize your infrastructure, moving from an old OS to a newer one with the click of a button – modernize and move to the cloud in one step.

read more