# EXHIBIT 2

# AppZero Showcases New Cloud Migration Tools at VMWorld 2013

USA - English ▾

**NEWS PROVIDED BY**
**AppZero**
Aug 22, 2013, 12:00 ET



Andover, MA (PRWEB) August 22, 2013 -- AppZero, the fastest and most flexible way to **move server applications from the datacenter to the cloud**, will be exhibiting at VMworld 2013, booth #647, August 25-29 at the Moscone Center in San Francisco, California. Now in its 10th year, VMworld highlights how virtualization and cloud computing can help you spend less time and money supporting underlying IT.

## With Windows Server 2003 end of life approaching, companies will be faced with moving large numbers of enterprise applications.

Post this

AppZero will showcase its "Up-level" OS migration, new technology that provides one-step migration of applications running on Windows Server 2003 to Windows Server 2012. With Windows Server 2003 end of life approaching, companies will be faced with moving large numbers of enterprise applications. AppZero provides the only way to upgrade existing server applications from WS2003 to WS2008 or WS2012 in a cost-effective and time-saving way.

AppZero will be unveiling its newest product at VMWorld on Monday, August 26. Stop by booth #647 to be among the first to see the new product in action. Also at the booth, you can enter to win an iPad by taking the "Windows Server 2003 End of Life Survey."

AppZero is the fastest and most flexible way to migrate server applications to and across any cloud or datacenter, without re-engineering, re-installation or lock-in. Encapsulating Windows applications in VM/OS-free packages, AppZero's patented software makes complex server applications moveable with ease. AppZero is the only application migration tool with "up-level OS" capabilities.

For more information, visit **http://www.AppZero.com** and follow us on twitter @AppZero_Inc.

Inquiries please contact AppZero at info(at)appzero(dot) com or 617.820.5126.

Adine Deford, AppZero, http://www.appzero.com, 617-820-5126 4355, **pr@appzero.com**



white paper: cloud migration -- enterprise apps on the move