# EXHIBIT 4

10/17/24, 8:34 AM                    CEO and CTO Showcase Trigence AE Application Virtualization Software at DEMOfall 2006 : @VMblog



- Headlines
- Interviews
- Predictions
- White Papers



- Events
- Archives
- Syndication
- Tags
- Links

- About Us
- Advertise With Us
- Contact Us

Login.Not a member? Sign up now!



Article Search:                                    



Follow VMblog.com:

Improve end user experience in VDI, DaaS and physical endpoint environments

CEO and CTO Showcase Trigence AE Application Virtualization Software at DEMOfall 2006





Trigence Corp. Chief Executive Officer David Roth and Chief Technology Officer Donn Rochette will take the stage at 9:18 PDT, Sept. 27th at DEMOfall 2006 to launch Trigence AE, the world's first software that encapsulates, separates, and moves applications and dependencies from their underlying operating systems and infrastructure.

Throughout its 16-year history, the semi-annual DEMO conferences produced by Network World Events and Executive Forums have been a launching pad for many of the world's most important new technologies, from the well known like Java, TiVo, and the Palm Pilot, to the new generation of emerging Web 2.0 leaders, such as Six Apart and Riya. Thanks to its unrivaled reputation for attracting technology's best and brightest, DEMO has become a top priority event for industry executives, media and investors, all of whom attend DEMO looking for technology's household names of the future.

Trigence AE enables companies to reduce the complexity and truly unleash the value of their software investments by turning applications into commonly defined, standardized, isolated, and portable Capsules. By decoupling applications from their infrastructure, they can be deployed, managed, and supported with much less effort in either physical or virtual environments. This capability also eases the ability to update applications and liberates IT resources to increase the pace of innovation.

Trigence encapsulates applications in their desired state, allowing them to move forward and laterally between and among systems. By turning complex applications into single files, Trigence Application Capsules are the perfect complement to an organization's investment in software management and server virtualization tools. With Trigence inside, your applications become simpler and easier to control so you can leverage your existing tools like never before.

"It is very exciting to see how separating and isolating applications into capsules using Trigence AE enables our customers to achieve their most important goals. With Trigence, applications become easily manageable IT assets that can move quickly and safely between systems without rewrites," says David Roth, CEO of Trigence Corp. "Trigence AE allows organizations to achieve important cost savings through system retirement at the same time as it unleashes unheard of levels of business alignment by speeding the deployment of new applications as well as making updating existing critical applications easy."

About Trigence Corp. The Trigence approach to application virtualization and encapsulation turns applications and dependencies into single files to ease the burden of application configuration management and makes applications uniquely moveable, manageable enterprise assets. For more information, please visit www.trigence.com.
Published Wednesday, September 27, 2006 6:36 PM by David Marshall
Filed under: Application Virtualization

Get This Featured White Paper: Gorilla Guide to Real-Time Ransomware Detection and Recovery
You may also be interested in this white paper: How to Sell Disaster Recovery to Senior Management

Comments
There are no comments for this post.
To post a comment, you must be a registered user. Registration is free and easy! Sign up now!

- Back to the article
- Back to the comments





CEO and CTO Showcase Trigence AE Application Virtualization Software at DEMOfall 2006 : @VMblog



Calendar

< September 2006 >

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 27 | 28 | 29 | 30 | 31 | 1  | 2  |
| 3  | 4  | 5  | 6  | 7  | 8  | 9  |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 1  | 2  | 3  | 4  | 5  | 6  | 7  |

- Headlines
- Interviews
- Archives
- Syndication
- Tags
- Links
- About Us
- Advertise With Us
- Contact Us



Modern Datacenter Technology News and Information
Copyright © 2004 - 2024 VMblog.com. All rights reserved.
https://vmblog.com