**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>VIRTAMOVE, CORP.,<br><br>       Defendant. | CASE NO.  5:24-CV-04740-PCP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF RED HAT'S CONTINGENT MOTION TO CONDUCT JURISDICTIONAL DISCOVERY**<br><br>Jury Trial Demanded |

Hearing Date:    December 12, 2024
Time:            10:00 a.m.
Location:        Courtroom 8, 4th Floor
Judge:           Hon. P. Casey Pitts

     Now before the Court is Plaintiff Red Hat Inc.'s ("Red Hat") Contingent Motion to Conduct Jurisdictional Discovery. After full consideration of the evidence, arguments, and briefing, and good cause showing, the Court GRANTS Red Hat's Motion for leave to conduct jurisdictional discovery.

  DATED:

_____
P. Casey Pitts
U.S. District Judge