Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Amy E. Hayden (SBN 287026)
ahayden@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,*
*VirtaMove Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RED HAT INC.,<br><br>Plaintiff,<br><br>v.<br><br>VIRTAMOVE CORP.,<br><br>Defendant. | Case No. 5:24-cv-04740-PCP<br><br>**DECLARATION OF SUSAN CAMERON IN SUPPORT OF PLAINTIFF VIRTAMOVE'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS RED HAT'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(2)** |

I, Susan Cameron, declare as follows:

1. I am the Customer Engagement and Business Operations Manager and Office Manager at VirtaMove Corp. My job responsibilities include managing relationships with potential and existing customers, human resources activities, day-to-day accounting, and other various administrative activities.

2. There are no patent license agreements to U.S. Patent Nos. 7,519,814 ("the '814 patent") and 7,784,058 ("the '058 patent"), or any other VirtaMove-owned patent, to any entity or individual.

3. VirtaMove has not offered any entity or individual an opportunity to enter into a patent license agreement to either the '814 or '058 patent (or any other patent).

4. VirtaMove has not filed a lawsuit asserting either the '814 or '058 patent (or any other patent) in the state of California.

5. The only patent infringement lawsuits VirtaMove has filed are *VirtaMove Corp. v. Amazon.com, Inc.*, No. 6:24-cv-00030 (W.D. Tex.); *VirtaMove Corp. v. Google LLC*, No. 7:24-cv-00033 (W.D. Tex.); *VirtaMove Corp. v. Hewlett Packard Enterprise Co.*, No. 2:24-cv-00093 (E.D. Tex.); and *VirtaMove Corp. v. International Business Machines Corp.*, No. 2:24-cv-00064 (E.D. Tex.).

6. Aside from providing the defendants documents associated with the four cases referenced above, VirtaMove has not sent any correspondence or made any other communications to any entity or individial indicating that any products or services infringe either the '814 or '058 patent (or any other patent).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Ottawa, Ontario on October 30, 2024.

*Susan Cameron*
_____
Susan Cameron