Brandon H. Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile:  (415) 439-1500
Email: brandon.brown@kirkland.com

Todd M. Friedman (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email: todd.friedman@kirkland.com

*Attorneys for Plaintiff RED HAT, INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIRTAMOVE, CORP.,<br><br>　　　　Defendant. | CASE NO.  5:24-CV-04740-PCP<br><br>**DECLARATION OF BRANDON H. BROWN IN SUPPORT OF PLAINTIFF RED HAT'S REPLY IN SUPPORT OF ITS CONTINGENT MOTION TO CONDUCT JURISDICTIONAL DISCOVERY**<br><br>Jury Trial Demanded<br><br>Hearing Date:　December 12, 2024<br>Time:　　　　　10:00 a.m.<br>Location:　　　Courtroom 8, 4th Floor<br>Judge:　　　　Hon. P. Casey Pitts |

I, Brandon H. Brown, declare as follows:

1. I am an attorney licensed to practice law in California and am a partner with the law firm of Kirkland & Ellis LLP, located at 555 California Street, San Francisco, CA 94104. I am counsel for Plaintiff Red Hat, Inc. ("Plaintiff" or "Red Hat") in this action. I submit this declaration pursuant to Civil Local Rules 7-2(d) and 7-5 in support of Plaintiff Red Hat's Reply in Support of Its Contingent Motion to Conduct Jurisdictional Discovery (the "Reply"). I have knowledge of the facts set forth herein, and if called to testify as a witness, could do so competently under oath.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the October 10, 2024 Deposition Transcript of Susan Cameron, taken in *VirtaMove Corp. v. Hewlett Packard Enter. Co., et al.,* Case No. 2:24-cv-00093-JRG.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the August 27, 2024 Deposition Transcript of Susan Cameron, taken in *VirtaMove Corp. v. Amazon.com, Inc., et al.*, Case No. 7:24-cv-00030-ADA-DTG and produced in *VirtaMove Corp. v. International Business Machines, Corp.*, Case No. 2:24-cv-00093-JRG (Lead Case), Case no. 2:24-cv-00064-JRG (Member Case) as VM_IBM_0000465-0000520.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 8, 2024 in San Francisco, CA.

/s/ Brandon H. Brown
Brandon H. Brown

DECLARATION OF BRANDON H. BROWN ISO REPLY ISO ITS MOTION TO CONDUCT JURISDICTIONAL DISCOVERY    1    CASE NO. 5:24-CV-04740-PCP