Brandon H. Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com

Todd M. Friedman (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

*Attorneys for Plaintiff RED HAT, INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VIRTAMOVE, CORP.,<br><br>Defendant. | CASE NO. 5:24-CV-04740-PCP<br><br>**DECLARATION OF BRANDON H. BROWN IN SUPPORT OF PLAINTIFF RED HAT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANT'S MATERIALS SHOULD BE SEALED**<br><br>Judge:      Hon. P. Casey Pitts<br>Courtroom: 8, 4th Floor |

I, Brandon H. Brown, declare as follows:

1. I am an attorney licensed to practice law in California and am a partner with the law firm of Kirkland & Ellis LLP, located at 555 California Street, San Francisco, CA 94104. I am counsel for Plaintiff Red Hat, Inc. ("Plaintiff" or "Red Hat") in this action. I submit this declaration pursuant to Civil Local Rules 79-5(c) and (f) in support of Plaintiff Red Hat's Administrative Motion to Consider Whether Defendant's Materials Should be Sealed (the "Motion"). I have knowledge of the facts set forth herein, and if called to testify as a witness, could do so competently under oath.

2. Plaintiff's Reply in Support of Its Contingent Motion to Conduct Jurisdictional Discovery ("Reply") includes references to deposition transcripts that have been designated "Confidential – Attorneys' Eyes Only" by Defendant VirtaMove Corp. ("VirtaMove").

3. Exhibit 1 to the Reply is an excerpt of the October 10, 2024 deposition of Susan Cameron taken in *VirtaMove Corp. v. Hewlett Packard Enter. Co., et al.,* Case No. 2:24-cv-00093-JRG. VirtaMove has designated this entire document "Confidential – Attorneys' Eyes Only" under the protective order entered in that matter. *See* Dkt. 60.

4. Exhibit 2 to the Reply is an excerpt of the August 27, 2024 deposition of Susan Cameron taken in *VirtaMove Corp. v. Amazon.com, Inc., et al.*, Case No. 7:24-cv-00030. VirtaMove has designated this entire document "Confidential – Attorneys' Eyes Only" under the protective order in *VirtaMove Corp. v. International Business Machines, Corp.*, Case No. 2:24-cv-00093-JRG (Lead Case), Case no. 2:24-cv-00064-JRG (Member Case). *See* Dkt. 60.

5. Red Had requests that the Reply and Exhibits 1 and 2 be sealed because VirtaMove has designed the exhibits "Confidential – Attorneys' Eyes Only" in the matters listed above.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 8, 2024 in San Francisco, CA.

*/s/ Brandon H. Brown*
Brandon H. Brown