**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>VIRTAMOVE, CORP.,<br><br>      Defendant. | CASE NO.  5:24-CV-04740-PCP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF RED HAT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANT'S MATERIALS SHOULD BE SEALED**<br><br>Judge:     Hon. P. Casey Pitts<br>Courtroom:  8, 4th Floor |

Now before the Court is Plaintiff Red Hat's Administrative Motion to Consider Whether Defendant's Materials Should Be Sealed (the "Motion"). Having considered the briefing, exhibits and other papers filed in support of, and in opposition to, the Motion, as well as arguments presented on the Motion, and good cause having been found, the Court hereby GRANTS the Motion and orders the following material SEALED:

- The highlighted portions of its Reply that quotes text VirtaMove has designated "Confidential – Attorneys' Eyes Only."

- The entirety of Exhibit 1 to Red Hat's Reply. VirtaMove has designated this entire document "Confidential – Attorneys' Eyes Only" under the protective order in *VirtaMove Corp. v. Hewlett Packard Enter. Co., et al.,* Case No. 2:24-cv-00093, Dkt. 60.

- The entirety of Exhibit 2 to Red Hat's Reply. VirtaMove has designated this entire document "Confidential – Attorneys' Eyes Only" under *VirtaMove Corp. v. International Business Machines, Corp.*, Case No. 2:24-cv-00093-JRG (Lead Case), Case no. 2:24-cv-00064-JRG (Member Case), Dkt. 60.

IT IS SO ORDERED.

DATED: _____, 2024

_____
The Honorable P. Casey Pitts
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF RED HAT'S ADMINISTRATIVE MOTION TO CONSIDER SEALING         1         CASE NO. 5:24-CV-04740-PCP