Brandon H. Brown (SBN 266347)
Kyle Calhoun (SBN 311181)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com

Todd M. Friedman (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

*Attorneys for Plaintiff RED HAT, INC.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| RED HAT, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>VIRTAMOVE, CORP.,<br><br>   Defendant. | CASE NO. 5:24-CV-04740-PCP<br><br>**DECLARATION OF KYLE CALHOUN IN SUPPORT OF PLAINTIFF RED HAT'S OPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>Jury Trial Demanded<br><br>Judge:      Hon. P. Casey Pitts<br>Courtroom:  8, 4th Floor |

DECLARATION OF KYLE CALHOUN IN SUPPORT OF OPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY ISO OPPOSITION TO MOTION TO DISMISS

CASE NO. 5:24-CV-04740-PCP

I, Kyle Calhoun, declare as follows:

1. I am an attorney licensed to practice law in California and am a partner with the law firm of Kirkland & Ellis LLP, located at 555 California Street, San Francisco, CA 94104. I am counsel for Plaintiff Red Hat, Inc. ("Plaintiff" or "Red Hat") in this action. I submit this declaration pursuant to Civil Local Rules 7-11(a) in support of Plaintiff Red Hat's Administrative Motion for Leave to File a Sur-reply to VirtaMove's Motion to Dismiss (the "Motion"). I have knowledge of the facts set forth herein, and if called to testify as a witness, could do so competently under oath.

2. Red Hat seeks leave to submit a short sur-reply to VirtaMove's Motion to Dismiss in order to address Defendant VirtaMove's new arguments that it raised for the first time in its reply brief.

3. Defendant VirtaMove opposes Red Hat's Administrative Motion for Leave to File a Sur-reply. To obtain a stipulation from Defendant, Red Hat has engaged in earnest efforts, including stipulating to VirtaMove's own request for a sur-reply to Red Hat's Contingent Motion to Conduct Jurisdictional Discovery. Despite Red Hat's efforts to limit the number of disputes raised with the Court, Red Hat was not able to obtain a stipulation from Defendant VirtaMove.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2024 in San Francisco, CA.

                                        */s/ Kyle Calhoun*
                                        Kyle Calhoun