**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIRTAMOVE, CORP.,<br><br>　　　　Defendant. | CASE NO. 5:24-CV-04740-PCP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF RED HAT'S ADMINISTRATIVE MOTION TO FILE A SUR-REPLY**<br><br>Jury Trial Demanded<br><br>Judge:　　Hon. P. Casey Pitts<br>Courtroom:　8, 4th Floor |

　　　Now before the Court is Plaintiff Red Hat's Administrative Motion for Leave to File a Sur-reply (the "Motion"). Having considered the briefing, exhibits and other papers filed in support of, and in opposition to, the Motion, as well as arguments presented on the Motion, and good cause having been found, the Court hereby GRANTS the Motion.

　　　IT IS SO ORDERED.

DATED: _____, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable P. Casey Pitts
　　　　　　　　　　　　　　　　　　　　　United States District Judge