Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Amy E. Hayden (SBN 287026)
ahayden@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,*
*VirtaMove Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIRTAMOVE CORP., <br><br> Defendant. | Case No. 5:24-cv-04740-PCP <br><br> **DEFENDANT VIRTAMOVE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS PROPOSED SUR-REPLY TO PLAINTIFF RED HAT'S REPLY IN SUPPORT OF ITS MOTION FOR JURISDICTIONAL DISCOVERY** <br><br> Jury Trial Demanded <br><br> Judge     Hon. P. Casey Pitts <br> Location:  Courtroom 8, 4th Floor |

Pursuant to Civil L.R. 7-11 and 79-5, Defendant VirtaMove brings this administrative motion to file under seal certain portions of its proposed sur-reply opposing Plaintiff Red Hat's motion for jurisdictional discovery and portions of one exhibit filed in support of the same.

As this Court has recognized, there is "a 'strong presumption in favor of access' to court records." *Apple Inc. v. Rivos, Inc.*, No. 22-cv-02637-PCP, 2024 WL 748394, at *1 (N.D. Cal. Feb. 23, 2024) (Pitts, J.) (quoting *Kamakana v. City & Cnty. of Honolulu*, 47 F.3d 1172, 1178 (9th Cir. 2006)). "To overcome this strong presumption, a party who wishes to seal a court record must generally 'articulate compelling reasons supported by specific factual findings ... that outweigh the general history of access and the public policies favoring disclosure.'" *Id.* (quoting *Kamakana*, 47 F.3d at 1178-79)) (ellipses in *Apple*). "Under Civil Local Rule 79-5(c)(1) and (f)(3), the party seeking to seal must provide 'a specific statement' of the reasons for doing so, explaining the interests that warrant sealing and the injury that will otherwise result." *Id.*

The portions of the proposed sur-reply and the portaions of the exhibit that VirtaMove seeks to seal contain references to a company and the type of services that company provides to VirtaMove. VirtaMove has a contractual obligation to keep the terms and conditions of its contract with that company confidential. Declaration of Amy E. Hayden in Support of Defendant VirtaMove's Administration Motion to File Under Seal Portions of its Proposed Sur-Reply ¶2. There are therefore "legitimate private … interests that warrant sealing." *See* Civil L.R. 79-5(c)(1)(i). If sealing were to be denied here, "the injury that will result" is that confidential information would be made public, contrary to the expectations of the parties to the contract, which could chill the relationship between those parties because such disclosure is contrary to the clear expectations they have under the contract they entered into. *See* Civil L.R. 79-5(c)(1)(ii). Thus, there is no "less restrictive alternative to sealing" that would be sufficient here. *See* Civil L.R. 79-5(c)(1)(iii).

For the foregoing reasons, VirtaMove respectfully requests that the Court grant its administrative motion to file under seal.

Dated: November 14, 2024              Respectfully submitted,

/s/ *Amy E. Hayden*
Marc Fenster (SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Amy E. Hayden (SBN 287026)
ahayden@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant*
*VirtaMove Corp.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail on November 14, 2024.

/s/ *Amy E. Hayden*
Amy E. Hayden

Russ, August & Kabat

3     Case No. 5:24-cv-04740-PCP
VirtaMove's Admin. Motion to File Under Seal