Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Amy E. Hayden (SBN 287026)
ahayden@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,*
*VirtaMove Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT INC.,<br><br>Plaintiff,<br><br>v.<br><br>VIRTAMOVE CORP.,<br><br>Defendant. | Case No. 5:24-cv-04740-PCP<br><br>**DECLARATION OF AMY E. HAYDEN IN SUPPORT OF DEFENDANT VIRTAMOVE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS PROPOSED SUR-REPLY** |

RUSS, AUGUST & KABAT

1    I, Amy E. Hayden, declare as follows:

2        1.        I am counsel for VirtaMove Corp. in the above-captioned action. I provide this

3    declaration in support of VirtaMove's Administrative Motion to File Under Seal Portions of its

4    Proposed Sur-Reply to Red Hat's Reply in Support of its Motion for Jurisdictional Discovery. I

5    have personal knowledge of the facts set forth herein, and if called upon to testify, could and would

6    testify competently thereto.

7        2.        I have reviewed the contract between VirtaMove and the company referenced in

8    VirtaMove's sur-reply and Exhibit D to the sur-reply. This contract has a confidentiality provision

9    that requires that both VirtaMove and that company keep the terms and conditions of the contract

10   confidential.

11       3.        Exhibit A filed in support of VirtaMove's administrative motion for leave to file

12   the proposed sur-reply is a true and correct copy of VirtaMove's proposed sur-reply.

13       4.        Exhibit D filed in support of the proposed sur-reply is a true and correct copy of

14   excerpts from the deposition of Susan Cameron, dated October 10, 2024, from *VirtaMove Corp.*

15   *v. Amazon.com, Inc. et al.*, No. 2:24-cv-00030-ADA-DTG (W.D. Tex.).

16

17       I declare under the penalty of perjury that the foregoing is true and correct.  Executed at

18   Portland, Oregon on November 14, 2024.

19

20                                           */s/ Amy E. Hayden*
                                             Amy E. Hayden
21

22

23

24

25

26

27

28

RUSS, AUGUST & KABAT