RUSS, AUGUST & KABAT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>VIRTAMOVE CORP.,<br><br>            Defendant. | Case No. 5:24-cv-04740-PCP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VIRTAMOVE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS PROPOSED SUR-REPLY TO PLAINTIFF RED HAT'S REPLY IN SUPPORT OF ITS MOTION FOR JURISDICTIONAL DISCOVERY**<br><br>Jury Trial Demanded<br><br>Judge      Hon. P. Casey Pitts<br>Location:   Courtroom 8, 4th Floor |

Now before the Court is Defendant VirtaMove's Administrative Motion to File Under Seal Portions of its Proposed Sur-Reply to Plaintiff Red Hat's Reply in Support of its Motion for Jurisdictional Discovery. Having considered the briefing, exhibits, and other papers filed in support of the motion, and good cause having been found, the Court hereby GRANTS the motion and orders the following material SEALED:

- The highlighted portions of the proposed sur-reply (Exhibit A) that refer to confidential information related to a company with which VirtaMove has entered into a contract with a confidentiality provision protecting this information from public disclosure; and
- The highlighted portions of Exhibit D that refer to the same.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. P. Casey Pitts
United States District Judge