Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Amy E. Hayden (SBN 287026)
ahayden@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,*
*VirtaMove Corp.*

*(Additional counsel listed in signature block)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIRTAMOVE CORP., <br><br> Defendant. | Case No. 5:24-cv-04740-PCP <br><br> **STIPULATION REGARDING DEFENDANT VIRTAMOVE'S FILING A SUR-REPLY TO PLAINTIFF RED HAT'S REPLY IN SUPPORT OF ITS MOTION FOR JURISDICTIONAL DISCOVERY** <br><br> Jury Trial Demanded |

Pursuant to Civil L.R. 7-12, the parties hereby submit the following stipulation:

WHEREAS, Plaintiff Red Hat filed a contingent motion to conduct jurisdictional discovery on October 18, 2024 (Dkt. No. 37);

WHEREAS, Defendant VirtaMove opposed that motion on November 1, 2024 (Dkt. No. 43);

WHEREAS, Red Hat filed a reply in support of that motion on November 8, 2024 (Dkt. No. 44);

WHEREAS, VirtaMove has asked Red Hat's counsel to agree to VirtaMove filing a three-page sur-reply responding to Red Hat's reply brief, and Red Hat's counsel has agreed to the request solely in order to limit the number of disputes raised with the Court;

NOW, THEREFORE, the parties, through their undersigned counsel, hereby stipulate that VirtaMove may file a sur-reply brief of no more than three pages, subject to the Court's approval.

Dated: November 14, 2024                    Respectfully submitted,

/s/ Amy E. Hayden
Marc Fenster (SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Amy E. Hayden (SBN 287026)
ahayden@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor

Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,
VirtaMove Corp.*

**KIRKLAND & ELLIS**

By: */s/ Kyle Calhoun*
Brandon H. Brown  (SBN 266347)
Kyle Calhoun (SBN 311181)
Kirkland and Ellis LLP
555 California Street
San Francisco, CA 94104
(415) 439-1670
Email: bhbrown@kirkland.com
Email: kyle.calhoun@kirkland.com

Todd M. Friedman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

*Attorneys for Plaintiff*
RED HAT, INC.

### FILER'S ATTESTATION

I, Amy E. Hayden, am the ECF user whose ID and password are being used to file this stipulation. In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content, and have authorized the filing of this stipulation.

Date: November 14, 2024                    */s/ Amy E. Hayden*
                                           Amy E. Hayden