Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Amy E. Hayden (SBN 287026)
ahayden@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,*
*VirtaMove Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT INC., <br><br> Plaintiff, <br><br> v. <br><br> VIRTAMOVE CORP., <br><br> Defendant. | Case No. 5:24-cv-04740-PCP <br><br> **DECLARATION OF AMY E. HAYDEN IN SUPPORT OF DEFENDANT VIRTAMOVE'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY** |

I, Amy E. Hayden, declare as follows:

1. I am counsel for VirtaMove Corp. in the above-captioned action. I provide this declaration in support of VirtaMove's Sur-Reply to Red Hat's Reply in Support of its Motion for Jurisdictional Discovery. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. On November 7, 2024, I participated in a discovery-related conference of counsel in connection with *VirtaMove Corp. v. International Business Machines Corp.*, No. 2:24-cv-00064-JRG (E.D. Tex.). For VirtaMove, my colleague Daniel Kolko and I attended; for IBM, Kyle Calhoun, Grant Rigdon, and Sarah Mikosz, all from Kirkland & Ellis, attended. During that conference of counsel, I informed Mr. Calhoun, Mr. Rigdon, and Ms. Mikosz that the dispute that VirtaMove's predecessor AppZero Software Corp. had with a company called App First, Inc. was not a patent dispute, but rather was a copyright dispute that resulted in a lawsuit being filed in the Southern District of New York in the early 2010s.

3. Attached as Exhibit A is a true and correct copy of VirtaMove's proposed sur-reply.

4. Attached as Exhibit B is a true and correct copy of the complaint filed in *AppZero Software Corp. v. AppFirst, Inc.*, No. 1:11-cv-09009-SAS, Dkt. No. 1 (S.D.N.Y. Dec. 9, 2011).

5. Attached as Exhibit C is a true and correct copy of an excerpt from the deposition of Susan Cameron, dated October 10, 2024, from *VirtaMove Corp. v. International Business Machines Corp.*, No. 2:24-cv-00064-JRG (E.D. Tex.). I redacted attorneys' eyes only labels on each page because the excerpted pages do not contain information that VirtaMove considers confidential.

6. Attached as Exhibit D is a true and correct copy of excerpts from the deposition of Susan Cameron, dated October 10, 2024, from *VirtaMove Corp. v. Amazon.com, Inc. et al.*, No. 2:24-cv-00030-ADA-DTG (W.D. Tex.).

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Portland, Oregon on November 14, 2024.

                                            */s/ Amy E. Hayden*
                                            Amy E. Hayden