# EXHIBIT B

BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100
Anne Marie Longobucco (AL-6649)

Attorneys for Plaintiff AppZero Software Corp.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK



JUDGE SCHEINDLIN

11 CIV 9009

|  |  |
|---|---|
| APPZERO SOFTWARE CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| APPFIRST, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT

Plaintiff AppZero Software Corp., for its Complaint against defendant AppFirst, Inc.,

states as follows:

### PARTIES

1.    Plaintiff AppZero Software Corp. ("AppZero") is a corporation organized and

existing under the laws of Canada, with a principal place of business in Ottawa, Ontario, Canada.

2.    Upon information and belief, defendant AppFirst, Inc. ("AppFirst") is a

corporation organized and existing under the laws of Delaware, with a principal place of

business in New York, New York.

### JURISDICTION AND VENUE

3.    This court has subject matter jurisdiction over this action pursuant to 28 U.S.C.

§§1331 and 1338.

4.    Venue is proper in this court pursuant to 28 U.S.C. §1391(b).

## FACTS

5.    AppZero owns and sells the application virtualization software programs AppZero 3.5.0 and AppZero 4.0 (collectively the "Software").

6.    AppZero owns federal copyright registrations for the Software, copies of which are attached as Exhibits A and B.

7.    Upon information and belief, AppFirst was founded in or about April 2009 by Donn Rochette and David Roth. Upon information and belief, AppFirst provides software for application problem resolution.

8.    Prior to founding AppFirst, Rochette and Roth were employed by Trigence, Inc. ("Trigence"), a former owner of the Software.

9.    As employees of Trigence, Rochette and Roth had access to the Software, including its source code.

10.    Upon information and belief, AppFirst has copied, distributed and/or made derivative works from the Software without authorization by any owner of the Software, and is continuing to do so.

11.    AppZero has suffered and continues to suffer harm as a result of AppFirst's unauthorized use of the Software, including harm that cannot be adequately redressed by money damages.

## COUNT I
### (Copyright Infringement - 17 U.S.C. §501)

12.    AppZero repeats and realleges paragraphs 1 through 11 as if fully set forth herein.

13.    AppFirst has violated 17 U.S.C. §501 by copying, distributing and/or making derivative works from the Software without authorization.

2

## PRAYER FOR RELIEF

WHEREFORE, plaintiff AppZero Software Corp. requests judgment as follows:

1. Granting AppZero a preliminary and permanent injunction pursuant to 17 U.S.C. §502;

2. Awarding AppZero its actual damages and AppFirst's additional profits in an amount to be proven at trial, pursuant to 17 U.S.C. §505;

3. Ordering an equitable accounting of AppFirst's profits from its unlawful conduct; and

4. Granting such other and further relief as this court deems just and proper.

## JURY DEMAND

Plaintiff AppZero Software Corp. demands a trial by jury of all issues so triable.

Dated: December 9, 2011

Respectfully submitted,

*Anne Marie Longobucco*

Anne Marie Longobucco (AL-6649)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100

Attorneys for Plaintiff AppZero Software Corp.

3

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-448-922

**Effective date of registration:**

November 21, 2011

---

## Title ───────────────────

**Title of Work:** AppZero 3.5.0

**Previous or Alternative Title:** Trigence AE

## Completion/Publication ───────────────

**Year of Completion:** 2005

**Date of 1st Publication:** July 6, 2005

**Nation of 1st Publication:** United States

## Author ───────────────────

■ **Author:** Trigence, Inc., a/k/a AppZero, Inc.

**Author Created:** Computer program

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No

**Pseudonymous:** No

■ **Author:** Trigence Corp., a/k/a AppZero, Corp.

**Author Created:** Computer program

**Work made for hire:** Yes

**Citizen of:** Canada

**Anonymous:** No

**Pseudonymous:** No

## Copyright claimant ───────────────

**Copyright Claimant:** AppZero Software Corp.

750 Palladium Drive, Suite 210, Ottawa, Ontario K2V 1C7, Canada

**Transfer Statement:** Assignment

## Limitation of copyright claim ───────────

**Previously registered:** No

## Certification ───────────────────

**Registration #:** TX0007448922
**Service Request #:** 1-689662801

Birnbaum & Godkin, LLP
Anne Marie Longobucco
280 Summer Street
Boston, MA 02210

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

TX 7-448-932

**Effective date of registration:**

November 21, 2011

## Title

**Title of Work:** AppZero 4.0

**Previous or Alternative Title:** Trigence AE

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** July 13, 2007    **Nation of 1st Publication:** United States

## Author

- **Author:** Trigence, Inc., a/k/a AppZero, Inc.

  **Author Created:** Computer program

  **Work made for hire:** Yes

  **Citizen of:** United States

  **Anonymous:** No    **Pseudonymous:** No

- **Author:** Trigence Corp., a/k/a AppZero Corp.

  **Author Created:** Computer program

  **Work made for hire:** Yes

  **Citizen of:** Canada

  **Anonymous:** No    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** AppZero Software Corp.

750 Palladium Drive, Suite 210, Ottawa, Ontario, K2V 1C7, Canada

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Registration #:** TX0007448932
**Service Request #:** 1-689662740



Birnbaum & Godkin, LLP
Anne Longobucco
280 Summer Street
Boston, MA 02210