# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF TEXAS
 3                       MARSHALL DIVISION
 4      _____
 5      VIRTAMOVE, CORP.,              :  Case No.
 6               Plaintiff,            :  2:24-cv-00093-JRG
 7      v.                             :
 8      HEWLETT PACKARD ENTERPRISE
 9      COMPANY                        :
10               Defendant.            :
11      _____
12      VIRTAMOVE, CORP.,              :  Case No.
13               Plaintiff,            :  2:24-cv-00064-JRG
14      v.                             :
15      INTERNATIONAL BUSINESS         :
16      MACHINES                       :
17               Defendant.            :
18      _____
19           VIDEOTAPED DEPOSITION OF SUSAN CAMERON
20                     VIA VIDEOCONFERENCE
21                 THURSDAY, OCTOBER 10, 2024
22
23                  10:04 a.m. - 5:17 p.m.
24      Pages:  1 - 233
25      Reported by: Leanne N. Kowalyk, AR, RCR, CSR(A)
```

Page 1

```
 1              Deposition of SUSAN CAMERON held via
 2      videoconference:
 3              Pursuant to Notice, before James Neeson,
 4      Commissioner for taking oaths in the Province of
 5      Ontario.
 6                    A P P E A R A N C E S
 7      ON BEHALF OF THE PLAINTIFFS:
 8           KYLE CALHOUN, ESQUIRE
 9           BRANDON BROWN, ESQUIRE
10           CHRISTINE LOGAN
11           GRANT RIGDON, ESQUIRE
12           Kirkland & Ellis
13           555 California Street, 27th Floor
14           San Francisco, CA 94104
15           Telephone:  415.439.1400
16           E-mail:  kyle.calhoun@kirkland.com
17      ON BEHALF OF THE DEFENDANTS:
18           PETER TONG, ESQUIRE
19           Russ August & Kabat
20           4925 Greenville Avenue, Suite 200
21           Dallas, Texas 75206
22           Telephone:  310.826.7474
23           E-mail:  ptong@raklaw.com
24      ALSO PRESENT:
25      PETER GOODALE, VIDEOGRAPHER
```

Page 2

I N D E X

EXAMINATION OF SUSAN CAMERON: AFFIRMED      PAGE

CROSS-EXAMINATION BY MR. CALHOUN............8
REDIRECT EXAMINATION BY MR. TONG............213
CROSS-EXAMINATION BY MR. CALHOUN............221

Page 3

```
 1     noticing attorney.
 2                MR. CALHOUN:  Good morning.  This is
 3     Kyle Calhoun from Kirkland & Ellis on behalf of
 4     defendant IBM.  Joining me are my colleagues
 5     Brandon Brown, Grant Rigdon and Christine Logan,
 6     also from Kirkland & Ellis.
 7                MR. TONG:  This is Peter Tong from Russ
 8     August & Kabat on behalf of the plaintiff VirtaMove
 9     Corporation.
10                THE VIDEOGRAPHER:  Okay.  Will the
11     commissioner of oaths please swear in or affirm the
12     witness, and then counsel may proceed.
13                MR. NEESON:  Good morning.  For the
14     record, my name is James Neeson.  To the witness,
15     could you please identify yourself, state and spell
16     your name for the record.
17                A.  Susan Hedwig Cameron, S-u-s-a-n
18     H-e-d-w-i-g C-a-m-e-r-o-n.
19                MR. NEESON:  Thank you very much.
20     Could you please raise your right hand.
21                SUSAN CAMERON:  AFFIRMED.
22                MR. NEESON:  Are there any objections
23     to the affirmation?  Hearing no objections, the
24     witness has been sworn.  Counsel, you may proceed.
25     I wish everyone a good day.
```

Page 7

```
 1                    A.    I think it was 2011.
 2                    Q.    So you weren't actually there
 3         working for AppZero when the demand letter was
 4         sent; correct?
 5                    A.    No.
 6                    Q.    So you don't have any firsthand
 7         knowledge of what happened in terms of the demand
 8         letter going out; correct?
 9                    A.    Correct.
10                    Q.    Are you an attorney?
11                    A.    No.
12                    Q.    Do you know if that demand letter
13         related to copyright issues?
14                    A.    I don't know.
15                    Q.    Do you have knowledge one way or
16         the other if the lawsuit between AppZero and
17         AppFirst related more to patents or more to
18         copyrights or more to trade secrets?
19                    MR. CALHOUN:  Objection.  Form.
20                    A.    Without having looked at the
21         letter, I don't think I can say.  I don't know.
22                    Q.    You had mentioned that you spoke
23         with Nigel Stokes in preparing for this deposition
24         today; correct?
25                    A.    Yes.
```

Page 214

```
 1        REPORTER'S CERTIFICATE
 2
 3              I, Leanne N. Kowalyk, AR, RCR,
 4        CSR(A), Certified Shorthand Reporter, certify;
 5              That the foregoing proceedings were
 6        taken before me at the time and place therein set
 7        forth, at which time the witness was put under oath
 8        by me;
 9              That the testimony of the witness
10        and all objections made at the time of the
11        examination were recorded stenographically by me
12        and were thereafter transcribed;
13              That the foregoing is a true and
14        correct transcript of my shorthand notes so taken.
15
16              Dated this 11th day of October, 2024.
17
18
19
20
21        Leanne N. Kowalyk, AR, RCR, CSR(A)
22        CERTIFIED REALTIME REPORTER
23
24
25

                                              Page 231
```