**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>VIRTAMOVE CORP.,<br><br>          Defendant. | Case No. 5:24-cv-04740-PCP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VIRTAMOVE'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF RED HAT'S REPLY IN SUPPORT OF ITS MOTION FOR JURISDICTIONAL DISCOVERY**<br><br>Jury Trial Demanded<br><br>Judge      Hon. P. Casey Pitts<br>Location:  Courtroom 8, 4th Floor |

      Having considered Defendant VirtaMove Corp.'s Unopposed Administrative Motion for Leave to File a Sur-Reply to Plaintiff Red Hat's Reply in Support of its Motion for Jurisdictional Discovery, the Court GRANTS the motion. The proposed sur-reply that Defendant submitted as Exhibit A to the Motion, as well as supporting declaration and exhibits cited therein, shall be considered in connection with the motion for jurisdictional discovery and is hereby part of the record on that motion.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. P. Casey Pitts
United States District Judge