Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Amy E. Hayden (SBN 287026)
ahayden@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,*
*VirtaMove Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT INC.,<br><br>Plaintiff,<br><br>v.<br><br>VIRTAMOVE CORP.,<br><br>Defendant. | Case No. 5:24-cv-04740-PCP<br><br>**DECLARATION OF AMY E. HAYDEN IN SUPPORT OF DEFENDANT VIRTAMOVE'S CIVIL L.R. 79-5(f)(3) RESPONSE** |

RUSS, AUGUST & KABAT

I, Amy E. Hayden, declare as follows:

1.      I am counsel for VirtaMove Corp. in the above-captioned action. I provide this declaration in support of VirtaMove's Civil L.R. 79-5(f)(3) Response to Plaintiff Red Hat's Administrative Motion to Consider Whether Defendant's Materials Should Be Sealed. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.      I have reviewed the contract between VirtaMove and the company referenced in Red Hat's reply and Exhibit 2 to the reply, which Red Hat calls a "law firm." This contract has a confidentiality provision that requires that both VirtaMove and that company to keep the terms and conditions of the contract confidential.

3.      I have also reviewed the settlement agreement between AppZero Software Corp. and AppFirst, Inc. This agreement has a confidentiality provision that requires that both VirtaMove (as AppZero's successor) and AppFirst keep all terms of this contract, as well as negotiations that resulted in the contract, confidential. Under that provision, the parties may disclose that the underlying litigation has been resolved.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed at Portland, Oregon on November 15, 2024.

/s/ Amy E. Hayden
Amy E. Hayden

RUSS, AUGUST & KABAT

HAYDEN DECL. ISO VIRTAMOVE'S RESPONSE TO RED HAT'S ADMIN. MOTION TO FILE UNDER SEAL