RUSS, AUGUST & KABAT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

RED HAT, INC.,

                Plaintiff,

      v.

VIRTAMOVE CORP.,

                Defendant.

Case No. 5:24-cv-04740-PCP

**[PROPOSED] ORDER GRANTING PLAINTIFF RED HAT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANT'S MATERIALS SHOULD BE SEALED**

Jury Trial Demanded

Judge      Hon. P. Casey Pitts
Location:   Courtroom 8, 4th Floor

Now before the Court is Plaintiff Red Hat's Administrative Motion to Consider Whether Defendant's Materials Should Be Sealed. Having considered the briefing, exhibits, and other papers filed in support of the motion, and good cause having been found, the Court hereby GRANTS the motion and orders the following material SEALED:

- The highlighted portions of Red Hat's Reply in Support of its Contingent Motion to Conduct Jurisdictional Discovery that refer to information that VirtaMove has a contractual obligation to not disclose publicly;
- The entirely of Exhibit 1 to Red Hat's Reply, which references this same information; and
- The entirety of Exhibit 2 to Red Hat's Reply, which also references this same information.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. P. Casey Pitts
United States District Judge

1                    Case No. 5:24-cv-04740-PCP

[Proposed] Order re Plaintiff Red Hats's Admin. Motion to File Under Seal