UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RED HAT, INC., <br><br>            Plaintiff, <br><br>    v. <br><br> VIRTAMOVE CORP., <br><br>            Defendant. | Case No. 5:24-cv-04740-PCP <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF RED HAT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS** <br><br> Jury Trial Demanded <br><br> Judge      Hon. P. Casey Pitts <br> Location:  Courtroom 8, 4th Floor |

Having considered Plaintiff Red Hat's Administrative Motion for Leave to File a Sur-Reply to Plaintiff Red Hat's Reply in Support of its Opposition to Motion to Dismiss, the Court DENIES the motion. The proposed sur-reply that Red Hat submitted as Exhibit A to the Motion shall not be considered in connection with VirtaMove's motion to dismiss.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. P. Casey Pitts
United States District Judge

Russ, August & Kabat

1                                    Case No. 5:24-cv-04740-PCP
[Proposed] Order re Red Hat's Admin. Motion for Leave for Sur-Reply