**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIRTAMOVE CORP., <br><br> Defendant. | Case No. 5:24-cv-04740-PCP <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Judge     Hon. P. Casey Pitts <br> Location:  Courtroom 8, 4th Floor |

The Court, having reviewed the Stipulation for Continue Initial Case Management Conference, finds good cause and ORDERS that the initial CMC is continued to February 6, 2025 at 10 a.m.

The future deadlines in this case are as follows:

- Hearing on VirtaMove's motion to dismiss: December 12, 2024 at 10:00 a.m.
- Initial CMC: February 6, 2025 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. P. Casey Pitts
United States District Judge