# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RED HAT, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIRTAMOVE CORP.,<br><br>　　　　Defendant. | Case No. 5:24-cv-04740-PCP<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE  As Modified<br><br>Judge　　　Hon. P. Casey Pitts<br>Location:　Courtroom 8, 4th Floor |

Russ, August & Kabat

The Court, having reviewed the Stipulation for Continue Initial Case Management Conference, finds good cause and ORDERS that the initial CMC is continued to March 11, 2025 at 1:00 p.m. ~~February 6, 2025 at 10 a.m.~~

The future deadlines in this case are as follows:

- Hearing on VirtaMove's motion to dismiss: December 12, 2024 at 10:00 a.m.
- Initial CMC: March 11, 2025 at 1:00 p.m. ~~February 6, 2025 at 10:00 a.m.~~

**IT IS SO ORDERED.**

Dated: December 10, 2024

Hon. P. Casey Pitts
United States District Judge