# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RED HAT, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIRTAMOVE, CORP.,<br><br>　　　　Defendant. | CASE NO. 5:24-CV-04740-PCP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF RED HAT'S MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT**<br><br>Hearing Date:　February 20, 2025<br>Time:　　　　　10:00 a.m.<br>Location:　　　Courtroom 8, 4th Floor<br>Judge:　　　　Hon. P. Casey Pitts |

　　　Now before the Court is Plaintiff Red Hat Inc.'s ("Red Hat") Motion for Leave to Supplement Complaint. After full consideration of the evidence, arguments, and briefing, and good cause showing, the Court **GRANTS** Red Hat's Motion for leave to supplement the Complaint. Red Hat may file its Supplemental Complaint within seven (7) days of this Order.

　　　**IT IS SO ORDERED**.

DATED: _____, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　P. Casey Pitts
　　　　　　　　　　　　　　　　　　　　U.S. District Judge