Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Amy E. Hayden (SBN 287026)
ahayden@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,*
*VirtaMove Corp.*

*[Additional counsel listed on signature page.]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIRTAMOVE CORP., <br><br> Defendant. | Case No. 5:24-cv-04740-PCP <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO MOTION TO AMEND COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Judge   Hon. P. Casey Pitts <br> Location:   Courtroom 8, 4th Floor |

Pursuant to Civil L.R. 6-1 and Your Honor's Standing Order for Civil Cases, Plaintiff Red Hat, Inc. and Defendant VirtaMove Corp. stipulate and request (1) a brief extension of time for VirtaMove to respond to Red Hat's recently-filed motion to amend its complaint and (2) continuance of the Initial Case Management Conference from March 11, 2025 at 1 p.m. to May 15, 2025 at 1 p.m., approximately sixty days after the hearing on Red Hat's motion to amend its complaint in response to VirtaMove's motion to dismiss this action.

On December 12, 2024, the Court held a hearing on VirtaMove's fully-briefed motion to dismiss for lack of jurisdiction as well as Red Hat's motion for jurisdictional discovery, and took the motions under submission. Dkt. No. 55. After that hearing, on January 13, 2025, Red Hat filed a motion to amend its complaint. Dkt. No. 59. VirtaMove's opposition to that motion to amend is currently due on January 27, 2025, and VirtaMove respectfully requests a two-week extension of this deadline to February 10, 2025. This extension is not sought for purposes of delay, but rather because VirtaMove's counsel handling this briefing was in a jury trial in Texas from January 13-17, 2025, and also has expert reports due in another matter on January 28, 2025. The extension will ensure that the VirtaMove's counsel has sufficient time to review and fully respond to the issues raised in Red Hat's motion. Red Hat has agreed to this extension, and VirtaMove has likewise agreed that Red Hat may have until February 24, 2025 to file its reply. The parties have also agreed that the hearing on the motion should be reset for March 13, 2015 at 10:00 a.m. to allow ample time between completion of briefing and the hearing, as required by Your Honor's Standing Order for Civil Cases. No prior extension has been sought on responding to this motion to amend, and the only other deadline that would be impacted is the initial case management conference, which is addressed immediately below.

Because the issues raised in Red Hat's motion to amend impact VirtaMove's motion to dismiss, the parties also respectfully request that the Court continue the initial case management conference to May 15, 2025 at 1:00 p.m. The parties have previously stipulated to two similar extensions, such that the initial CMC was approximately sixty days after the hearing on VirtaMove's motion to dismiss, both of which the Court granted, the latter with a date modification. Dkt. Nos. 33, 53. The parties therefore seek an additional extension of the initial

CMC to comport with Your Honor's practice of allowing the parties to request an extension of "the initial CMC [to] 60 days or more after the hearing" relating to a motion to dismiss. Judge Pitts' Standing Order for Civil Cases at 2. This extension is not sought for purposes of delay, but rather, in the event this case is not dismissed, to ensure the parties have sufficient time to confer pursuant to Rule 26(f) and this Court's local rules, as well as to prepare and submit to the Court a fulsome came management report. This extension will not affect any other pending case deadlines.

Dated: January 23, 2025                    Respectfully submitted,

*/s/ Amy E. Hayden*
Marc Fenster (SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Amy E. Hayden (SBN 287026)
ahayden@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,*
*VirtaMove Corp.*

DATED: January 23, 2025                    Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Kyle Calhoun*
Brandon H. Brown (SBN 266347)
Kyle Calhoun (SBN 311181)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com

Todd M. Friedman (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email: todd.friedman@kirkland.com

*Attorneys for Plaintiff RED HAT, INC.*

### FILER'S ATTESTATION

I, Amy E. Hayden, am the ECF user whose ID and password are being used to file this stipulation. In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Date: January 23, 2025                                              By: */s/ Amy E. Hayden*
                                                                              Amy E. Hayden