1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VIRTAMOVE CORP.,<br><br>　　　　　　Defendant. | Case No. 5:24-cv-04740-PCP<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO MOTION TO AMEND COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge　　　　Hon. P. Casey Pitts<br>Location:　　Courtroom 8, 4th Floor |

RUSS, AUGUST & KABAT

The Court, having reviewed the Stipulation for Extension of Time for Defendant to Respond to Motion to Amend Complaint and to Continue Initial Case Management Conference, finds good cause and ORDERS that Defendant VirtaMove's opposition to Plaintiff Red Hat's motion to amend is due February 10, 2025; Red Hat's reply in support of that motion is due on February 24, 2025; the hearing on that motion is reset for March 13, 2025 at 10:00 a.m., and the initial CMC is continued to May 15, 2025 at 1:00 p.m.

The future deadlines in this case are as follows:

- VirtaMove's opposition to Red Hat's motion to amend: February 10, 2025
- Red Hat's reply in support of its motion to amend: February 24, 2025
- Hearing on Red Hat's motion to amend: March 13, 2025 at 10:00 a.m.
- Initial CMC: May 15, 2025 at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: _____, 2025

  
Hon. P. Casey Pitts  
United States District Judge