Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Amy E. Hayden (SBN 287026)
ahayden@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,*
*VirtaMove Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RED HAT INC., <br><br> Plaintiff, <br><br> v. <br><br> VIRTAMOVE CORP., <br><br> Defendant. | Case No. 5:24-cv-04740-PCP <br><br> **DECLARATION OF AMY E. HAYDEN IN SUPPORT OF DEFENDANT VIRTAMOVE'S OPPOSITION TO RED HAT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADING** |

RUSS, AUGUST & KABAT

I, Amy E. Hayden, declare as follows:

1. I am counsel for VirtaMove Corp. in the above-captioned action. I provide this declaration in support of VirtaMove's Opposition to Red Hat's Motion for Leave to File Supplemental Pleading. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Exhibit 2 to VirtaMove's complaint in *VirtaMove, Corp. v. Microsoft Corp.*, No. 7:24-cv-00338-ADA (W.D. Tex.), dated December 20, 2024.

3. Attached as Exhibit 2 is a true and correct copy of Exhibit 4 to VirtaMove's complaint in *VirtaMove, Corp. v. Microsoft Corp.*, No. 7:24-cv-00338-ADA (W.D. Tex.), dated December 20, 2024.

4. Attached as Exhibit 3 is a true and correct copy of Exhibit 2 to VirtaMove's complaint in *VirtaMove, Corp. v. Oracle Corp.*, No. 7:24-cv-00339-ADA (W.D. Tex.), dated December 20, 2024.

5. Attached as Exhibit 4 is a true and correct copy of Exhibit 4 to VirtaMove's complaint in *VirtaMove, Corp. v. Oracle Corp.*, No. 7:24-cv-00339-ADA (W.D. Tex.), dated December 20, 2024.

6. Attached as Exhibit 5 is a true and correct copy of Plaintiff VirtaMove, Corp.'s Notice of Supplemental Transfer Authority, filed today in *VirtaMove, Corp. v. Amazon.com, Inc. et al.*, No. 7:24-cv-00030-ADA-DTG (W.D. Tex.) as Docket No. 91.

7. Attached as Exhibit 6 is a true and correct copy of Plaintiff VirtaMove, Corp.'s Notice of Supplemental Transfer Authority, filed today in *VirtaMove, Corp. v. Google LLC*, No. 7:24-cv-00033-DC-DTG (W.D. Tex.) as Docket No. 90.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Portland, Oregon on February 10, 2025.

*/s/ Amy E. Hayden*
Amy E. Hayden