# Exhibit 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 7:24-cv-00030-ADA-DTG |
| | § | |
| v. | § | |
| | § | |
| AMAZON.COM, INC., AMAZON.COM | § | |
| SERVICES LLC., and AMAZON WEB | § | **JURY TRIAL DEMANDED** |
| SERVICES, INC., | § | |
|     Defendant. | § | |
| | § | |

## PLAINTIFF VIRTAMOVE, CORP.'S
## NOTICE OF SUPPLEMENTAL TRANSFER AUTHORITY

VirtaMove hereby provides notice that on February 6, 2025, Judge Gilstrap issued two sealed decisions **denying** transfer in the consolidated cases *VirtaMove, Corp. v. Hewlett Packard Enterprise Co.*, No. 2:24-cv-00093-JRG (lead case), Dkt. 129 (E.D. Tex.) and *VirtaMove v. International Business Machines Corp.*, 2:24-cv-00064 (member case), Dkt. 130, (E.D. Tex.).

This decision directly affects the pending Objections to Magistrate Judge Gilliland's Transfer Order (Dkt. 89) because, when presented with Section 1404 arguments substantially similar to what Amazon argued, Judge Gilstrap reached the opposition decision from Judge Gilliland.

For now, Judge Gilstrap's Protective Order prohibits VirtaMove from filing a copy of the sealed opinion here in the WDTX.  However, Judge Gilstrap has ordered the parties to submit redacted copies of the decisions by February 13, 2025.  VirtaMove will file a supplemental notice with the redacted decisions once available.

1

Dated: February 10, 2025               Respectfully submitted,

                                       By: /s/ *Qi (Peter) Tong*

                                       Reza Mirzaie (CA SBN 246953)
                                       rmirzaie@raklaw.com
                                       Marc A. Fenster (CA SBN 181067)
                                       mfenster@raklaw.com
                                       Neil A. Rubin (CA SBN 250761)
                                       nrubin@raklaw.com
                                       James A. Milkey (CA SBN 281283)
                                       jmilkey@raklaw.com
                                       Amy E. Hayden (CA SBN 287026)
                                       ahayden@raklaw.com
                                       Jacob Buczko (CA SBN 269408)
                                       jbuczko@raklaw.com
                                       James Tsuei (CA SBN 285530)
                                       jtsuei@raklaw.com
                                       Christian W. Conkle (CA SBN 306374)
                                       cconkle@raklaw.com
                                       Jonathan Ma (CA SBN 312773)
                                       jma@raklaw.com
                                       Daniel B. Kolko (CA SBN 341680)
                                       dkolko@raklaw.com
                                       Mackenzie Paladino (NY SBN: 6039366)
                                       mpaladino@raklaw.com
                                       **RUSS AUGUST & KABAT**
                                       12424 Wilshire Boulevard, 12th Floor
                                       Los Angeles, CA 90025
                                       Telephone: (310) 826-7474

                                       Qi (Peter) Tong (TX SBN 24119042)
                                       **RUSS AUGUST & KABAT**
                                       4040 N. Central Expy., Suite 1503
                                       Dallas, TX 75204
                                       Telephone: (310) 826-7474

                                       *Attorneys for Plaintiff VirtaMove, Corp.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on February 10, 2025, I electronically filed the foregoing document using the CM/ECF system which will send notifications to all parties of record.

February 10, 2025

/s/ *Qi Tong*
Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4040 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474