Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,*
*VirtaMove Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIRTAMOVE CORP., <br><br> Defendant. | Case No. 5:24-cv-04740-PCP <br><br> **DEFENDANT VIRTAMOVE'S STATEMENT OF RECENT DECISION** <br><br> Jury Trial Demanded |

Pursuant to Local Rule 7-3(d)(2), Defendant VirtaMove Corp. ("VirtaMove") provides notice to the Court of additional authority pertinent to the issues raised in Plaintiff Red Hat's Motion for Leave To File Supplemental Pleading (Dkt. No. 59) and Red Hat's Statement of Recent Decisions (Dkt. No. 61).

On February 21, 2025, the District Court in the Western District of Texas granted Plaintiff VirtaMove's Emergency Motions to Extend the Stay of Transfer until May 23, 2025, in both the Google and Amazon cases that Red Hat referenced in its Statement. *See VirtaMove, Corp. v. Amazon.com Inc.*, No. 7:24-CV-00030-ADA-DTG, Dkt. 94 (W.D. Tex. Feb. 21, 2025) (attached hereto as Exhibit 1); *VirtaMove, Corp. v. Google LLC*, No. 7:24-CV-00033-DC-DTG, Dkt. 95 (W.D. Tex. Feb. 21, 2025) (attached hereto as Exhibit 2).

Dated: March 12, 2025

Respectfully submitted,

*/s/ Christian W. Conkle*
Marc Fenster (SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,*
*VirtaMove Corp.*