# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **VIRTAMOVE, CORP.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **CASE NO. 7:24-CV-00033-DC-DTG** |
| **GOOGLE LLC,** | § | |
| *Defendant.* | § | |
| | § | |

**ORDER GRANTING EMERGENCY MOTION TO EXTEND
<u>STAY OF TRANSFER (ECF NO. 94)</u>**

Before the Court is Plaintiff VirtaMove, Corp.'s Emergency Motion to Extend the Stay of

Transfer (ECF No. 94). In the Motion, Plaintiff requests the Court extend the current stay of this

case to allow Plaintiff time to appeal the Court's order transferring this case to the Northern

District of California. *See* ECF No. 86. Plaintiff represents that Defendant Google LLC does not

oppose the requested relief of extending the current stay. ECF No. 94 at 2-3. Noting that the

requested relief is unopposed, the Court **GRANTS** the Motion. It is therefore **ORDERED** that

this case shall remain stayed until May 23, 2025. On that date, **AND NOT BEFORE,** the Clerk

of Court shall take all actions necessary to transfer the above-captioned case to the United States

District Court for the Northern District of California.

SIGNED this 21st day of February, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE