# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

__Christian W. Conkle__, Bar No. __306374__

was duly admitted to practice in this Court on __03/17/2017__
DATE

and is active and in good standing as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __March 11, 2025__
Date

BRIAN D. KARTH
Clerk of Court

By _Martha A. Torres_
Martha Torres, Deputy Clerk

