UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Red Hat, Inc.          ,

    Plaintiff(s),

v.

VirtaMove, Corp.      ,

    Defendant(s).

Case No. 5:24-cv-04740

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Christian Conkle__, an active member in good standing of the bar of __California__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __VirtaMove, Corp.__ in the above-entitled action. My local co-counsel in this case is __Neil Rubin__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __250761__.

| 12424 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025 | 12424 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 3108267474 | 3108267474 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| cconkle@raklaw.com | nrubin@raklaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __306374__.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____                     Christian Conkle
                                                  APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christian Conkle is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 13, 2025

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

__Christian W. Conkle__, Bar No. __306374__

was duly admitted to practice in this Court on __03/17/2017__
                                                   DATE

and  is active and in good standing     as a member of the Bar

of this Court.

Dated at Los Angeles, California

on     __March 11, 2025__
              Date

BRIAN D. KARTH
Clerk of Court

By _Martha A. Torres_ (signature)

Martha Torres , Deputy Clerk



G-52 (1/24)                    CERTIFICATE OF GOOD STANDING