UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RED HAT, INC.,

        Plaintiff,

   v.

VIRTAMOVE, CORP.,

        Defendant.

Case No.24-cv-04740-PCP

**JUDGMENT**

On April 21, 2025, the Court granted VirtaMove, Corp.'s motion to dismiss this action. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment against Red Hat. Inc. in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 21, 2025

_____
P. CASEY PITTS
United States District Judge