Brandon H. Brown (SBN 266347)
Kyle Calhoun (SBN 311181)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile:  (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com

Todd M. Friedman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email: todd.friedman@kirkland.com

*Attorneys for Plaintiff RED HAT, INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>VIRTAMOVE, CORP.,<br><br>        Defendant. | CASE NO.  5:24-CV-04740-PCP<br><br>**PLAINTIFF RED HAT, INC.'S NOTICE OF APPEAL** |

Plaintiff Red Hat, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the April 21, 2025, Judgment (Dkt. 71), and from all underlying findings, orders, decisions, rulings, and opinions, including without limitation the April 21, 2025, order granting Virtamove Corp.'s motion to dismiss, denying motions to seal, and denying Red Hat, Inc.'s motions for contingent discovery and to amend the complaint (Dkt. 70).

Dated:  April 24, 2025

Respectfully submitted,

*/s/ Todd M. Friedman*
Brandon H. Brown (SBN 266347)
Kyle Calhoun (SBN 311181)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile:  (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com

Todd M. Friedman (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email: todd.friedman@kirkland.com

*Attorneys for Plaintiff RED HAT, INC.*