Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,*
*VirtaMove Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VIRTAMOVE CORP.,<br><br>Defendant. | Case No. 5:24-cv-04740-PCP<br><br>**DEFENDANT VIRTAMOVE'S NOTICE OF FILING UNSEALED VERSIONS OF PREVIOUSLY SEALED EXHIBITS 1 AND 2 TO DKT. 45**<br><br>Jury Trial Demanded |

Pursuant to the Court's April 21, 2025 Order Granting VirtaMove, Corp.'s Motion to Dismiss, Denying Motions To Seal, And Denying Red Hat, Inc.'s Motions For Contingent Discovery And to Amend The Complaint (Dkt. 70), Defendant VirtaMove Corp. ("VirtaMove") provides notice of filing public, unsealed copies of previously sealed Exhibits 1 and 2 to Plaintiff Red Hat's Administrative Motion To Consider Whether Defendant's Materials Should Be Sealed (Dkt. 45).

Unsealed copies of the previously sealed exhibits are attached to this Notice as Exhibits 1 and 2.

Dated: May 6, 2025                          Respectfully submitted,

/s/ Qi (Peter) Tong
Marc Fenster (SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant,*
*VirtaMove Corp.*