Brandon H. Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile:  (415) 439-1500
Email: brandon.brown@kirkland.com

Todd M. Friedman (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email: todd.friedman@kirkland.com

N. Yvonne Beeler (SBN 325321)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8329
Facsimile:  (213) 680-8500
Email: yvonne.beeler@kirkland.com

*Attorneys for Plaintiff RED HAT, INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RED HAT, INC., | CASE NO.  5:24-CV-04740-PCP |
| Plaintiff, | **PLAINTIFF RED HAT'S NOTICE OF FILING UNSEALED VERSION OF PREVIOUSLY SEALED REPLY IN SUPPORT OF ITS CONTINGENT MOTION TO CONDUCT JURISDICTIONAL DISCOVERY** |
| v. | |
| VIRTAMOVE, CORP., | |
| Defendant. | |

Pursuant to the Court's April 21, 2025 Order Granting VirtaMove, Corp's Motion to Dismiss, Denying Motions to Seal, and Denying Red Hat, Inc.'s Motions for Contingent Discovery and to Amend the Complaint (Dkt. 70), Plaintiff Red Hat, Inc. ("Red Hat") provides notice of filing of the public and unsealed copy of Red Hat's previously sealed Reply in Support of Its Contingent Motion to Conduct Jurisdictional Discovery ("Reply") (Dkt. 45-3).[1]   Attached hereto as **Exhibit A** is Red Hat's unsealed Reply.

DATED:  May 6, 2025

Respectfully submitted,

KIRKLAND & ELLIS LLP

/s/ Yvonne Beeler
Brandon H. Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile:  (415) 439-1500
Email: brandon.brown@kirkland.com

Todd M. Friedman (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email: todd.friedman@kirkland.com

N. Yvonne Beeler (SBN 325321)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8329
Facsimile:  (213) 680-8500
Email: yvonne.beeler@kirkland.com

*Attorneys for Plaintiff RED HAT, INC.*

---

[1]   Exhibits 1 and 2 in support of Red Hat's Reply were filed publicly and unsealed by Defendant VirtaMove, Corp. (*see* Dkt. 76).

PLAINTIFF'S NOTICE OF FILING
UNSEALED VERSION OF PREVIOUSLY
SEALED REPLY

1

CASE NO. 5:24-CV-04740-PCP