1  Brandon H. Brown (SBN 266347)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, CA 94104
3  Telephone: (415) 439-1400
   Facsimile:  (415) 439-1500
4  Email: brandon.brown@kirkland.com

5  Todd M. Friedman (*admitted pro hac vice*)
   KIRKLAND & ELLIS LLP
6  601 Lexington Avenue
   New York, NY 10022
7  Telephone: (212) 446-4800
   Facsimile:  (212) 446-4900
8  Email: todd.friedman@kirkland.com

9  N. Yvonne Beeler (SBN 325321)
   KIRKLAND & ELLIS LLP
10 695 Town Center Drive, Suite 1700
   Costa Mesa, CA 92626
11 Telephone: (213) 680-8329
   Facsimile:  (213) 680-8500
12 Email: yvonne.beeler@kirkland.com

13 *Attorneys for Plaintiff RED HAT, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RED HAT, INC., | CASE NO. 5:24-CV-04740-PCP |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| VIRTAMOVE, CORP., | |
| Defendant. | |

PLEASE TAKE NOTICE that the contact information for N. Yvonne Beeler of Kirkland & Ellis LLP, counsel of record for and on behalf of Plaintiff Red Hat, Inc., has changed. Her new contact information is as follows:

Kirkland & Ellis LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626

All other contact information has remained unchanged.

DATED: June 10, 2025                                            Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Yvonne Beeler*
Brandon H. Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile:  (415) 439-1500
Email: brandon.brown@kirkland.com

Todd M. Friedman (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email: todd.friedman@kirkland.com

N. Yvonne Beeler (SBN 325321)
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
Telephone: (213) 680-8329
Facsimile:  (213) 680-8500
Email: yvonne.beeler@kirkland.com

*Attorneys for Plaintiff RED HAT, INC.*